UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY F.<br><br>      Plaintiff<br><br>    v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>      Defendant. | Case No. 2:18-cv-5604-GW (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all pleadings, motions, and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that:

(1) accepting this Report and Recommendation;

///

///

///

///

(2) reversing the decision of the Commissioner of the Social Security Administration and remanding this matter pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Order Accepting this Report and Recommendation.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: March 5, 2020

_____ *George H. Wu* _____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE