UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY F.,<br>  Plaintiff<br>  v.<br>ANDREW M. SAUL, Commissioner of Social Security,<br>  Defendant. | Case No. 2:18-cv-05604- GW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge Gail J. Standish,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

DATE: March 5, 2020

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE